NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 931

IN RE SACRAMENTO MUNICIPAL UTILITY DISTRICT,

Petitioner.

On Petition for Writ of Mandamus to the United States Court of Federal Claims in case no. 98-CV-488, Judge Susan G. Braden.

ON PETITION FOR WRIT OF MANDAMUS

ORDER

Upon consideration of the United States' motion for an extension of time, until April 12, 2010, to file its response to Sacramento Municipal Utility District's petition,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

MAR 1 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Howard N. Cayne, Esq.
     Scott Randy Damelin, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 9 2010

JAN HORBALY
CLERK